UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District Of Texas
FILED

MAY 23 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-30006-M |
| LUIS ANGEL PEREZ-JIMENEZ | § § | (Complaint No. M-19-0983-M) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about April 29, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**LUIS ANGEL PEREZ-JIMENEZ**

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

RYAN K. PATRICK
UNITED STATES ATTORNEY

Roberto Lopez, Jr.
Assistant United States Attorney